FILED

2026 Mar-16  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ASHLEY NICOLE SUTTON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:25-cv-954-AMM-HNJ** |
| | ) | |
| **WARDEN, FCI Aliceville** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 23, 2026, recommending that the court deny petitioner Ashley Nicole Sutton's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and dismiss her claims without prejudice. Doc. 14. The magistrate judge's report recommends that Ms. Sutton's claim regarding the Public Safety Factor be dismissed without prejudice for lack of jurisdiction and that her claim regarding the Management Variable be dismissed without prejudice for failure to exhaust administrative remedies. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ms. Sutton's Section 2241

habeas petition is due to be denied, and her claims are due to be dismissed without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this 16th day of March, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE